# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1

| Case No.: | 20-69181-lrc | Trustee Name: | (300620) Michael J. Bargar |
|---|---|---|---|
| Case Name: | Khorrami, Parshin | Date Filed (f) or Converted (c): | 08/20/2020 (f) |
| | | § 341(a) Meeting Date: | 09/24/2020 |
| For Period Ending: | 03/31/2022 | Claims Bar Date: | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2005 Bombadier Canada Jet Ski | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: ETrade Bank NA | 410.00 | 0.00 | | 0.00 | FA |
| 5 | Possible Avoidance Action of Transfers through Divorce Settlement Agreement (u) Trustee has valued the transfer at $1.00 while his investigation continues. | 0.00 | 0.00 | | 0.00 | 1.00 |
| 5 | **Assets Totals** (Excluding unknown values) | **$2,710.00** | **$0.00** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

3/31/21 - Trustee is investigating the possible voidability of a pre-petition transfer of Debtor's interest in real property as a result of a divorce settlement agreement.

3/31/22 - Trustee continues to investigate a possible voidability of a pre-petition transfer of Debtor's interest in real property as a result of a divorce settlement agreement. Trustee is also investigating a possible carve-out with a judgment lien holder who obtained a judgment against the property prior to the transfer to the ex-wife.

**Initial Projected Date Of Final Report (TFR):** 12/31/2022   **Current Projected Date Of Final Report (TFR):** 12/31/2022